IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



In re:

FRANKLYN D. LITTLE and JENNY LITTLE,

Debtors,

RICHARD JAMES BALAS

Debtor,

PAMELA CHRISTINE BULLOCK,

Debtor.

CV 18–181–M–DLC

ORDER

Upon Consolidated Notice of Voluntary Dismissal of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023 and Federal Rule of Appellate Procedure 42 (Doc. 3),

IT IS ORDERED that this consolidated appeal is DISMISSED.

DATED this 10th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-